USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Andrew Christopher Guest,

        Plaintiff,

    -against-

The Mount Vernon Police Department, et al.,

        Defendants.
------------------------------------------------------X

07 Civ. 8840 (PAC)(DCF)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

On November 8, 2007, the court issued an order[1] directing the Clerk of Court (1) not to transfer this case to the United States District Court in White Plains, New York, and (2) directing the Clerk of Court to refer this case to the designated Magistrate Judge for general pretrial purposes which includes scheduling, discovery, non-dispositive pretrial motions, dipositive motion (i.e. motion requiring a Report and Recommendation) and settlement. Due to clerical error, this case was not referred to the designated Magistrate Judge pursuant to the November 8, 2007 order. Therefore, it is,

**ORDERED,** that the above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

=====================================================

* Do not check if already referred for general pretrial

DATED: New York, New York
          February 21, 2008

SO ORDERED

_____
Paul A. Crotty
United States District Judge

---

[1] The November 8, 2007 order is attached.

Copies Mailed Via U.S.P.S To:
Andrew Christopher Guest
#24805
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

Copy Mailed Via Interoffice Mail To:
Magistrate Judge Debra C. Freeman, Chambers 525
Dorothy Guranich, Reassignment Clerk, Clerks Office Room 120

DOC # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Andrew Christopher Guest,

          Plaintiff,

07 Civ. 8840 (PAC)(DCF)
<u>ORDER</u>

    -against-

The Mount Vernon Police Department, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

On October 30, 2007, the court issued an order reassigning the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a) (i) of the Rules for the Division of Business Among District Judges in the Southern District of New York[1]. After further review of the Rules for the Division of Business Among District Judges in the Southern District of New York, specifically Rule 25[2], the court directs the Clerk of Court not to transfer this case to the United States District Court in White Plains, New York and that it remain on my active docket.

IT IS FURTHER ORDERED that the Clerk of Court refer this case to the designated magistrate judge for general pretrial purposes which includes scheduling, discovery,

---

[1] **Rule 21. Designation of White Plains Cases:** (a) Civil: At the time of filing, the plaintiffs attorney shall designate on the civil cover sheet whether the case should be assigned to White Plains or Foley Square. A civil case shall be designated for assignment to White Plains if: (i) The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties;

[2] **Rule 25. Prisoner Civil Rights Actions and *Habeas Corpus* Petitioners:** Cases from the prisoner petitions wheel (wheel 5), including prisoner civil rights cases, are assigned proportionately to all judges of the court, whether sitting at White Plains or Foley Square. Nonprisoner civil rights cases (wheel 4) are assigned in accordance with the designation by the plaintiffs attorney unless reassigned as provided herein. District judges assigned to White Plains will receive writs of *habeas corpus* arising out of state convictions obtained in the counties of Westchester, Rockland, Putnam, Dutchess, Orange and Sullivan; and those arising out of state convictions in the counties of Bronx and New York will be assigned to Judges in the Foley Square Courthouse.

non-dispositive pretrial motions, dispositive motion (i.e. motion requiring a Report and Recommendation) and settlement.

Dated: New York, New York
November 8, 2007

SO ORDERED

PAUL A. CROTTY
United States District Judge

*Copies Mailed Via U.S.P.S To:*

Andrew Christopher Guest
#24805
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

*Copy Mailed Via Interoffice Mail To:*

Magistrate Judge Debra C. Freeman, Chambers 525

Dorothy Guranich, Reassignment Clerk, Clerks Office Room 120