

**Westchestergov.com**

**MEMO ENDORSED**

RECEIVED
JUN 27 2008

Andrew J. Spano
County Executive

Office of the County Attorney
Charlene M. Indelicato
County Attorney

June 27, 2008

**VIA FACSIMILE**

Honorable Debra Freeman
United States District Court for the Southern District of New York
1301 United States Courthouse
500 Pearl Street, Chambers 525
New York, New York 10007

    Re:    **Guest v. The Mount Vernon Police Department**, *et al.*
             07 Civ. 8840 (PAC)(DCF)

Dear Magistrate Freeman:

    Our office has just received notice of the above-referenced matter in which we will be representing defendant Assistant District Attorney Robert F. Docherty.

    As Your Honor is aware, the current deadline for Mr. Docherty to answer, move, or otherwise respond to the Complaint is June 30, 2008. I write Your Honor to request an extension so as to allow adequate time to meet with Mr. Docherty and prepare an appropriate response. In this regard, we respectfully request that our time to answer, move, or otherwise respond to the Complaint be extended up to and including July 28, 2008.

    I have not been in contact with the *pro se* plaintiff regarding consent to this request, however it is respectfully submitted that the plaintiff would not be prejudiced in any way should Your Honor grant the requested extension. No prior request for an extension of time to answer, move, or otherwise respond to the Complaint has been made.

    Should any questions arise, I may be contacted at (914) 995-2685.

Respectfully submitted,

James J. Wenzel
Assistant County Attorney

SO ORDERED:    DATE: 6/27/06

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601

Telephone: (914)995-2660    Website: westchestergov.com